Amitai Schwartz (State Bar No. 55187)
Moira Duvernay (State Bar No. 233279)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone: (510) 597-1775
Facsimile: (510) 597-0957
attorneys@schwartzlaw.com

Attorneys for Plaintiffs
 Luis Martin, Jr., and
 Elidia Martin

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTIN, JR. and ELIDIA MARTIN,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BAC HOME LOANS SERVICING, LP, COUNTRYWIDE BANK, FSB, COUNTRYWIDE HOME LOANS SERVICING, LP, and DOES I through XX, inclusive,<br><br>  Defendants. | No. C 09-05891 SBA<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER<br><br>Date Action Filed: Dec. 16, 2009<br><br>Case Management Conference Set for March 25, 2010, via telephone |

1     The parties in the above-captioned case have reached a tentative settlement agreement.

    A telephonic Case Management Conference is currently set for March 25, 2010, at 2:30 p.m.

    In light of the agreement and subject to the approval of this Court, the parties respectfully request the case management conference be continued for a period of 45 days.

IT IS SO STIPULATED.

Dated: March 4, 2010

                                    Amitai Schwartz
                                    Moira Duvernay

                                    Counsel for Plaintiffs

                        By:   /s/ Moira Duvernay
                                    Moira Duvernay

Dated: March 4, 2010

                                    Reed Smith LLP

                                    Counsel for Defendants

                        By:   /s/ David S. Reidy
                                    David S. Reidy

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for March 25, 2010, shall be CONTINUED to **May 12, 2010, at 3:15 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the

1 conference call. All parties shall be on the line and shall call (510) 637-3559 at the above
2 indicated date and time.
3       IT IS SO ORDERED.
4
5 Dated: March 8, 2010

*Saundra B Armstrong*
_____
SAUNDRA BROWN ARMSTRONG
United States District Judge