Amitai Schwartz (State Bar No. 55187)
Moira Duvernay (State Bar No. 233279)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone:  (510) 597-1775
Facsimile:   (510) 597-0957
attorneys@schwartzlaw.com

Attorneys for Plaintiffs
 Luis Martin, Jr., and
 Elidia Martin

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARTIN, JR. and ELIDIA MARTIN,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BAC HOME LOANS SERVICING, LP, COUNTRYWIDE BANK, FSB, COUNTRYWIDE HOME LOANS SERVICING, LP, and DOES I through XX, inclusive,<br><br>　　　　Defendants. | No. C 09-05891 SBA<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER<br><br>Date Action Filed: Dec. 16, 2009<br><br>Case Management Conference Set for March 25, 2010, via telephone |

1  The parties in the above-captioned case have reached a tentative settlement
2  agreement.
3  A telephonic Case Management Conference is currently set for March 25,
4  2010, at 2:30 p.m.
5  In light of the agreement and subject to the approval of this Court, the parties
6  respectfully request the case management conference be continued for a period of
7  45 days.
8
9  IT IS SO STIPULATED.
10
   Dated: March 4, 2010
11
                                        Amitai Schwartz
12                                      Moira Duvernay
13                                      Counsel for Plaintiffs
14                              By:     /s/ Moira Duvernay
                                        Moira Duvernay
15
   Dated: March 4, 2010
16
                                        Reed Smith LLP
17
                                        Counsel for Defendants
18
                                By:     /s/ David S. Reidy
19                                      David S. Reidy
20
                                  **ORDER**
21
   PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT
22
   the Case Management Conference currently scheduled for March 25, 2010, shall be
23
   CONTINUED to **May 12, 2010, at 3:15 p.m.** The parties shall **meet and confer** prior to the
24
   conference and shall prepare a joint Case Management Conference Statement which shall be
25
   filed no later than ten (10) days prior to the Case Management Conference that complies with the
26
   Standing Order For All Judges Of The Northern District Of California and the Standing Order of
27
   this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the
28

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No. C 09-05891 SBA            2

1   conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above
2   indicated date and time.
3       IT IS SO ORDERED.
4
5   Dated: March 8, 2010
                                            _____
6                                               SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No. C 09-05891 SBA            3